**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

SHARON MCCULLER                                                                    PLAINTIFF

v.                                           NO. 4:11CV00908 JLH

UNIVERSITY OF ARKANSAS SYSTEM; and
UNIVERSITY OF ARKANSAS AT PINE BLUFF,
by and through the Board of Trustees of the
University of Arkansas; et al.                                               DEFENDANTS

## ORDER

  Plaintiff, Sharon McCuller, filed a complaint in this action on December 22, 2011.  More than

120 days have passed.  Plaintiff has not filed proof of service on the defendants.  Rule 4(m) of the

Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court—on
> motion or on its own after notice to the plaintiff—must dismiss the action without
> prejudice against that defendant or order that service be made within a specified time.
> But if the plaintiff shows good cause for the failure, the court must extend the time
> for service for an appropriate period.

  Notice is hereby given to the plaintiff that the Court will dismiss this action unless proof of

service is filed ***on or before Thursday, May 31, 2012***, or the plaintiff establishes good cause for the

failure to serve summons and complaint on the defendants within 120 days after the filing of the

complaint.

  IT IS SO ORDERED this 1st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE